Exhibit A to the Complaint

**Location:** San Antonio, TX  
**Total Works Infringed:** 32  
**IP Address:** 67.11.233.242  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | BD9E65417FC6622CAC52AD62302485B933871057 | 08/07/2025 13:55:51 | Milfy | 08/06/2025 | 08/08/2025 | PA0002544264 |
| 2 | 6d8080d7d485ebe68ff298f15afb8d246736e599 | 10/03/2024 04:31:41 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 3 | 991f4951df7026a238223f14c8a7af566ed00aec | 08/29/2024 22:20:17 | Tushy | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 4 | 85999519B7236A1DF2663196290EB920C69320B9 | 08/29/2024 04:17:35 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 5 | dc9b184b0794128a7802b12c46e1ece03ffdf96a | 08/27/2024 14:20:37 | Vixen | 08/13/2021 | 09/08/2021 | PA0002316101 |
| 6 | d0854c51628c35c3a0be12d62cedf6c96d321e03 | 08/25/2024 18:25:37 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 7 | cebfd0d7767584e66568737f97f4ba8b11ffbd37 | 08/14/2024 23:09:34 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 8 | 4efb3f1be64c28b95c20511f5f39a2a74f8ec53b | 07/31/2024 02:54:36 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 9 | 596270d4d7715effa9f89cb6ba0827020d7060bd | 07/05/2024 09:41:36 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 10 | de3b138dcec6418ff60173d5ec103ba9165e2bb6 | 06/26/2024 23:02:23 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 11 | 7a6a4903d2df12fd6c61bed190b5b0a13b3c907a | 06/23/2024 22:08:49 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 12 | f15ba409792e0524d8abb1e9bba3b5aafa5f0339 | 06/05/2024 00:35:35 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 13 | 45450399e6881c830fa8201b0d1073c20589fbbe | 04/26/2024 22:02:17 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |
| 14 | 1ee808b39a9186af52c33e99b1c80506257b1413 | 04/20/2024 10:59:50 | Blacked Raw | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 15 | 55371abdf2afb8aa30cdbb8995b9d8edca90f324 | 04/17/2024 04:37:57 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 16 | 2755d9d77de5d7e0cd433d4ec8b289889812f62e | 03/02/2024 23:03:06 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 658a037574d2b240ac4ebc859bed1ef255083cc4 | 01/31/2024 22:13:56 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 18 | 310426afa75b8cf3543b3128e46151e8c755c34d | 01/15/2024 05:39:15 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 19 | cd002704fb9b6ef4433cc8677920c12e96ccc9fb | 01/11/2024 07:52:30 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 20 | 77d6bbbae2b819caa73abd57b46315e035f35f00 | 12/14/2023 16:24:09 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 21 | 3F1869CF9E0E640AE9688445E8C81979E50B34C9 | 11/26/2023 22:37:48 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 22 | bcee3e8fa1acfcd155b0a357ae86b94ce8284480 | 10/01/2023 03:13:38 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 23 | e4b2053fb8614067d75e76917f7caafb808675c4 | 09/07/2023 09:53:48 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 24 | bf0e2a74e25f6c140d4847cc51aac70c9a7b69b2 | 08/12/2023 23:30:29 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 25 | 4CE31E7C5BD0B5D3210FE476892771C31FE35E5F | 06/26/2023 06:19:40 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 26 | 8de69359922eb1b57df57ca49a5c3488226c28f1 | 06/25/2023 12:33:00 | Blacked | 05/28/2022 | 06/27/2022 | PA0002355034 |
| 27 | 1d058bc6fc2185b28fb7f701698a587ef88d93a1 | 06/22/2023 10:01:01 | Vixen | 04/23/2021 | 04/27/2021 | PA0002288949 |
| 28 | 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7 | 05/25/2023 18:05:24 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 29 | 14D93F765377FDEF3609AB0E1967F1986300BE0D | 05/07/2023 07:17:21 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 30 | f96a6bd90ebefed94adfd9e10c2a9eba9cfc1028 | 03/23/2023 07:08:19 | Vixen | 06/24/2022 | 07/22/2022 | PA0002359475 |
| 31 | 962E6CD61DC1718BF8B6F999696D106440787B24 | 03/23/2023 04:49:11 | Tushy | 03/19/2023 | 04/07/2023 | PA0002405758 |
| 32 | FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1 | 03/14/2023 18:20:14 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |